UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH JEROME WRIGHT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SANDOVAL,<br><br>　　　　　　Defendant. | Case No.: 1:22-cv-01082-JLT-CDB<br><br>**ORDER TERMINATING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT**<br><br>(Doc. 29) |

　　　　Plaintiff Keith Jerome Wright is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The case proceeds on Plaintiff's Fourteenth Amendment equal protection violation claim against Defendant Sandoval.

　　　　On September 20, 2024, Plaintiff filed an Application to Proceed *In Forma Pauperis* by a Prisoner. (Doc. 29.) Because Plaintiff's previous application filed August 25, 2022 (Doc. 2) was granted by the Court on September 1, 2022 (Doc. 8), Plaintiff most recent application is **TERMINATED** as moot.

IT IS SO ORDERED.

　　　Dated:　**October 1, 2024**　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE