**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

KEITH JEROME WRIGHT,

        Plaintiff,

    v.

SANDOVAL,

        Defendant.

Case No.: 1:22-cv-01082 JLT CDB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT

(Doc. 51)

Keith Jerome Wright is proceeding pro se and *in forma pauperis* in this civil rights action. On March 23, 2026, the assigned magistrate judge recommended that plaintiff's summary judgment motion be denied and that defendant's summary judgment motion be granted. (*Id*. at 17-29.) The Court served the Findings and Recommendations on the parties, notified them that any objections were due within 14 days, and warned that a party's failure to file objections within the specified time may result in the waiver of certain rights on appeal. (*Id*. at 29, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No party has filed objections, and the deadline to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

    1.  The Findings and Recommendations issued March 23, 2026 (Doc. 51) are **ADOPTED**

**IN FULL**.

2. Plaintiff's summary judgment motion (Doc. 37) is **DENIED**.

3. Defendant's summary judgment motion (Doc. 41) is **GRANTED**.

4. Judgment shall be entered in favor of Defendant, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 25, 2026**

UNITED STATES DISTRICT JUDGE